# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140534 & (29)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 140534
                                             COA: 289989

ADRIAN DEON BANKS,
      Defendant-Appellant.
                                             Genesee CC: 04-013303-FC

_____/

      On order of the Court, the application for leave to appeal the January 22, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                                              Clerk

s0719